1  KAREN M. WAHLE (S.B. #440517)    GEOFFREY WHITE (SB#068012)
   O'MELVENY & MYERS LLP    LAW OFFICES OF GEOFFREY V. WHITE
2  1625 Eye Street, NW    351 California Street, Suite 1500
   Washington, D.C. 20006-4001    San Francisco, CA 94104-2407
3  Telephone: (202) 383-5300    Telephone: (415) 362-5658
   Facsimile: (202) 383-5414    Facsimile: (415) 362-4115
4
   CHRIS A. HOLLINGER (S.B. #147637)    TERESA S. RENAKER (SB#187800)
5  LARRY B. GARRETT (S.B. # 225192)    LEWIS, FEINBERG, RENAKER &
   O'MELVENY & MYERS LLP    JACKSON
6  Embarcadero Center West    1330 Broadway, Suite 1800
   275 Battery Street    Oakland, CA 94612-2509
7  San Francisco, CA 94111-3305    Telephone: (510) 839-6824
   Telephone: (415) 984-8700    Facsimile: (510) 893-7839
8  Facsimile: (415) 984-8701

9  Attorneys for Defendants    Attorneys for Plaintiff
   JOHNSON & JOHNSON, THE LONG-    DARRYL S. MAHONEY
10 TERM DISABILITY INCOME PLAN FOR
   JOHNSON & JOHNSON & AFFILIATED
11 COMPANIES, AND THE JOHNSON &
   JOHNSON PENSION COMMITTEE
12

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 DARRYL S. MAHONEY,    Case No. C04-03679 MJJ

16         Plaintiff,    **JOINT STIPULATION OF DISMISSAL**
                         **[FED. R. CIV.P.41(a)(1)(ii)]**
17     v.

18 JOHNSON & JOHNSON, a New Jersey
   Corporation; THE LONG-TERM
19 DISABILITY INCOME PLAN FOR
   JOHNSON & JOHNSON & AFFILIATED
20 COMPANIES; and the JOHNSON &
   JOHNSON PENSION COMMITTEE,
21
22         Defendants.

23               STIPULATION FOR DISMISSAL

24         WHEREAS, the parties agreed to settle the above-stated action through Court-

25 sponsored private mediation on October 6, 2005, before the impartial mediator Judge Edward

26 Infante;

27         WHEREAS, as part of the settlement, Plaintiff agreed to dismiss her individual

28 claims against Defendants with prejudice;

WHEREAS, the First Amended Complaint in this matter pleads a proposed class action;

WHEREAS, the parties have settled this case without compromising the rights of the unnamed putative class members;

WHEREAS, the parties believe that Federal Rule of Civil Procedure 23(e), and the Advisory Committee Note to the December 2003 revision to that rule, direct that settlement of a putative class action prior to certification of a class does not require Court approval; and

WHEREAS, if the Court were to so order, the parties will submit their settlement for review by the Court, but, in such event, the parties request that they first be allowed to make submissions to the Court as to whether such review should be *in camera* or otherwise;

NOW THEREFORE, the parties stipulate to the following:

1.    Plaintiff's individual claims shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii); and

2.    The claims of any unnamed putative class members shall be dismissed without prejudice.

2

1            3.        Each party shall bear its own costs and attorney's fees.

2

3    Dated:  November 7, 2005.      O'MELVENY & MYERS LLP
                                       CHRIS A. HOLLINGER

4                                      KAREN M. WAHLE
                                       LARRY B. GARRETT

5

6                                      By:_____/s/_____
                                                 Chris A. Hollinger

7                                      Attorneys for Defendants

8

9    Dated:  November 7, 2005.      LAW OFFICES OF GEOFFREY V. WHITE
                                       GEOFFREY V. WHITE

10                                     LEWIS, FEINBERG, RENAKER & JACKSON
                                       TERESA S. RENAKER

11

12                                     By:_____/s/[1]_____
                                                 Geoffrey V. White

13                                     Attorneys for Plaintiff

14

15   SF1:607226.1

16

17

18

19

20                           IT IS SO ORDERED
                             Judge Martin J. Jenkins

21

22                       Dated:  11/08/05

23

24

25

26

27   _____
     [1]      Counsel e-filing this Stipulation represents that he has been authorized by Plaintiff's counsel to e-file on

28   both parties' behalf.

                                          3